UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re:

22 FISKE PLACE, LLC,

                      Debtor.

-------------------------------------------------------------X

NICHOLAS GORDON,

                      Plaintiff,                21 **CIVIL** 8087 (KPF)
                                                                             21 **CIVIL** 8090 (KPF)
                                                                             21 **CIVIL** 8093 (KPF)

              -against-                                         **JUDGMENT**

IAN J. GAZES, Chapter 11 Trustee, and
GAZES LLC,

                      Defendants.

-------------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 18, 2022, the Trustee's motion to dismiss is GRANTED with respect to the Bankruptcy Court's Sanctions Order (21 Civ. 8087) and Interim Fee Order (21 Civ. 8090). Further, the Bankruptcy Court's Dismissal Order (21 Civ. 8093) is AFFIRMED; accordingly, cases 21cv8087, 21cv8090 and 21cv8093 are closed.

**Dated:**  New York, New York
              July 19, 2022

                                                                **RUBY J. KRAJICK**
                                                                _____
                                                                      **Clerk of Court**
                                      **BY:**       *K. Mango*
                                                                        **Deputy Clerk**